**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | *   Case No.: **24-cr-149 JMC** |
| | **FILED IN SEALED CASE** |
| **AFEEZ OLAMIDE LAWAL** | * |
| **Defendant** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF FILING – DISCOVERY**

NOW COMES, the Defendant, Afeez Olamide Lawal, by and through his counsel, Nicholas G. Madiou and Brennan, McKenna & Lawlor, Chartered, and hereby files for the record a copy of discovery correspondence recently provided by the undersigned to the United States in connection with the above-referenced case.

WHEREFORE, Afeez Olamide Lawal respectfully moves this Honorable Court to accept this document for filing and make it a part of the record in this case.

Respectfully submitted,

/s/

May 22, 2024

Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
Bar Number MD0039
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
nmadiou@brennanmckenna.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2024, a copy of the foregoing was sent via electronic filing to the United States Attorney's Office for the District of Columbia.

/s/
_____
Nicholas G. Madiou